# United States Court of Appeals for the Federal Circuit

---

**SENECA FOODS CORP.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2025-1310

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00243-GSK, Judge Gary S. Katzmann.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

May 15, 2026
Date

Jarrett B. Perlow
Clerk of Court